FILED

FEB 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:09-CV-0944-FCD-CMK |
|---|---|
| Plaintiff, | MONEY JUDGMENT |
| v. | (DEFAULTED STUDENT LOANS) |
| JANICE L. MACKEY, | |
| Defendant. | |

    Defendant, Janice L. Mackey, having defaulted by failing to timely answer the summons and complaint in the above-captioned matter and the Clerk of Court having duly entered a default against her on December 29, 2009, based on the declarations and other pleadings before me, I hereby enter a judgment on behalf of the United States of America and against Janice L. Mackey, in the principal sum of $54,609.21, together with accrued interest of $29,555.27, and interest continuing to accrue from and after October 15, 2008, at the rate of 8% *per annum* until paid in full and a surcharge of 10% of the total debt, in lieu of attorneys' fees and costs, pursuant to 28 U.S.C. § 3011.

**SO ORDERED.**

DATED: 2/2/2010

VICTORIA C. MINOR
Clerk of the Court

By: _____
Deputy Clerk

Money Judgment            1